In the Matter of HAROLD S. W. MACFARLIN, Appellant, against THOMAS P. O'LEARY, as City Clerk of the City of Rochester, Respondent.

(Argued July 11, 1935; decided July 11, 1935.)

*Eugene Raines, Charles L. Pierce* and *John Van Voorhis* for appellant.

*Harold P. Burke, Corporation Counsel,* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.